_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
June 02, 2016
_____

George Haines, Esq.
Nevada Bar No. 9411
David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave.
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Mark A. Thompson and Erickia T. Thompson

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | ) Case No. 15-13864-ABL |
| | ) Chapter 13 |
| | ) |
| | ) Hearing Date:   May 26, 2016 |
| **Mark A. Thompson and Erickia T. Thompson,** | ) Hearing Time:   2:30PM |
| | ) |
| | ) |
| Debtor(s). | ) |
| | ) |

### ORDER ON OBJECTION TO ARMY & AIR FORCE EXCHANGE SERVICES'S PROOF OF CLAIM NO. 25-1 BY DEBTOR

The above objection to Claim No. 25-1 having come on for hearing on the date and time above:

IT IS HEREBY ORDERED that the claim of ARMY & AIR FORCE EXCHANGE SERVICES shall be barred from being asserted against the Debtor, and the

Chapter 13 Trustee shall not disburse any funds to this claim through the Debtor's Chapter 13.

Dated: May 31, 2016

Submitted by: /s/George Haines, Esq.
George Haines, Esq.
Attorney for the Debtor(s)

### **ALTERNATIVE METHOD re: RULE 9021**:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

_X__ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by: /s/George Haines, Esq.
George Haines, Esq.
Attorney for the Debtor(s)

###